MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6857
    FAX: (415) 436-7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 14 – 2447 NC |
| Plaintiff, | WARRANT OF ARREST OF PROPERTY *IN REM* |
| v. | |
| $100,020 IN UNITED STATES CURRENCY, | |
| Defendant. | |

TO:   ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF DRUG ENFORCEMENT ADMINSTRATION

    YOU ARE HEREBY COMMANDED to arrest and seize the defendant currency and maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

    Claimants of the above-described currency which is the subject of this action shall file their claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney, Attention: Patricia J. Kenney, Assistant United States Attorney, U.S. Attorney's Office, 450 Golden Gate Avenue, 11th Floor, San Francisco, California 94102. Within 35 days after the date of service of the

Warrant of Arrest
CV 14- 2447 NC                         1

1 | complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset
2 | Forfeiture Claims or within 60 days after the first date of publication of the Notice of Forfeiture Action,
3 | whichever is earlier and answers to the Complaint shall be filed and served within twenty-one (21) days
4 | thereafter or within such additional time as may be allowed by the Court
5 |     Statements of interest and answers should be filed with the Office of the Clerk, United States
6 | District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San
7 | Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States
8 | Attorney, 450 Golden Gate Avenue, 11th Floor, San Francisco, California 94102.

RICHARD W. WEIKING
United States District Clerk

Dated: **MAY 29 2014**    By: THELMANUDO

Warrant of Arrest
CV 14- 2447 NC                                    2