MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY (CABN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6857
    Facsimile: (415) 436-7234
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>$100,020 IN UNITED STATES CURRENCY,<br><br>           Defendant.<br><br>BRICE BARTON,<br><br>           Claimant. | NO. 14-CV-02447 NC<br><br><br>**STIPULATION AND ORDER<br>RE: SCHEDULING** |

1    Following the filing of this civil forfeiture action, claimant Brice Barton filed a motion to dismiss

2  on June 12, 2014 and a claim as owner and possessor of defendant $100,020 on June 13, 2014.  Pursuant

3  to Supplemental Rule G(6), the United States served special interrogatories on claimant Barton on June

4  12, 2014, and responses are due from claimant on July 7, 2014 (which is 21 days following service plus

5  three days for mailing).   Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture

6  Actions ("Supp. R." or "Supplemental Rule") G(6).  Thereafter the United States requested claimant to

7  stipulate to a deferred briefing schedule on the motion to dismiss pursuant to Supplemental Rules

8  G(8)(b) and G(6)(c).

9    The parties agree, subject to the Court's approval, to the following schedule:

10        1.   Claimant's responses to the special interrogatories of the United States are due to be

11             in the hands of government counsel on or before July 7, 2014 to the United States,

12             and can be transmitted electronically by email.

13        2.   The opposition of the United States to claimant's motion to dismiss shall be filed

14             within 21 days, on or before July 28, 2014.

15        3.   The reply of claimant in support of his motion to dismiss, if any, shall be filed within

16             seven days, on or before August 4.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIP & ORDER
NO. 14-CV-02447 NC                              1

4.  The hearing on the motion to dismiss shall be held on Wednesday, August 27, 2014, at 1:00 p.m.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Date:  June 16, 2014

PATRICIA J. KENNEY
Assistant United States Attorney

RESSLER & TESH

Date:  June 16, 2014

ALLEN M. RESSLER
*Pro Hac Vice*
Attorney for Claimant Brice Barton

STEINER & LIBO

Date:  June 16, 2014

LEONARD STEINER
Attorney for Claimant Brice Barton

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS

DAY OF JUNE, 2014.

HONORABLE NATHANAEL COUSINS
United States Magistrate

GRANTED

Judge Nathanael M. Cousins

STIP & ORDER
NO. 14-CV-02447 NC                2