1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CABN 130238)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-6857
7         Facsimile: (415) 436-7234
          Email:  patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
                                              )   NO. 14-CV-02447 NC
14                                            )
   UNITED STATES OF AMERICA,                  )
15                                            )
                    Plaintiff,                )   **STIPULATION AND ORDER**
16                                            )   **RE: SCHEDULING**
            v.                                )
17                                            )
   $100,020 IN UNITED STATES CURRENCY,        )
18                                            )
                                              )
19                  Defendant.                )
                                              )
20                                            )
   BRICE BARTON,                              )
21                                            )
                    Claimant.                 )
22                                            )

23       The parties agree, subject to the Court's approval, that the United States shall have to and

24 including July 30, 2014, to file its opposition to claimant's motion to dismiss and that claimant shall

25 have to and including August 6, 2014, to file his reply brief.  Unless time is extended, the government's

26 opposition  is due on or before July 28, 2104, and the reply brief of claimant is due on or before August

27 4, 2014.

28

1  The extension will not affect the hearing in this case which is scheduled to be on August 27,
2  2014, at 1:00 p.m. *See* Stipulation and Order, entered June 16, 2014. The Court has also scheduled the
3  case management conference on August 27, 2014 at 10:00 a.m. *See* Civil Standing Order, entered May
4  28, 2104. The parties agree, subject to the Court's approval, that the case management conference be
5  held, if necessary, following the hearing on the motion rather than at 10:00 a.m.
6  The reason the United States has requested a two-day extension to file its brief is due to the press
7  of other court deadlines that were not anticipated, including a court appearance on July 28, 2014.
8  Counsel for claimant graciously agreed to the two business day extension.

| | |
|---|---|
| IT IS SO STIPULATED: | MELINDA HAAG<br>United States Attorney |
| Date: July 28, 2014 | _____/s/_____<br>PATRICIA J. KENNEY<br>Assistant United States Attorney |
| | RESSLER & TESH |
| Date: July 28, 2014 | _____/s/*_____<br>ALLEN M. RESSLER<br>*Pro Hac Vice*<br>Attorney for Claimant Brice Barton |
| | STEINER & LIBO |
| Date: July 28, 2014 | _____/s/*_____<br>LEONARD STEINER<br>Attorney for Claimant Brice Barton |

*   Signed by Patricia J. Kenney per email authorization of Allen M. Ressler.

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS __28th__
JULY
DAY OF ~~JUNE~~, 2014, THAT THE OPPOSITION OF THE UNITED STATES TO CLAIMANT'S
MOTION TO DISMISS SHALL BE DUE ON OR BEFORE JULY 30, 2014, CLAIMANT'S REPLY
SHALL BE DUE ON OR BEFORE AUGUST 6, 2014 AND THE CASE MANAGEMENT
CONFERENCE SHALL BE HELD FOLLOWING THE HEARING ON AUGUST 27, 2014.

HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Nathanael M. Cousins]*

STIP & ORDER
NO. 14-CV-02447 NC                    2