1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,      Case No. 14-cv-02447 NC

12 |        Plaintiff,      **ORDER RE: SETTLEMENT AND ORDER TO SHOW CAUSE**

13 |      v.

14 | $100,020 IN UNITED STATES CURRENCY      Re: Dkt. No. 35

15

16 |        Defendant.

17

     The Court acknowledges the Settlement Agreement filed by the parties.  Dkt. No. 35.

The Court's review of the Settlement Agreement is not an adjudication of the merits of any

claims or defenses asserted in the lawsuit.  As requested by the parties in paragraph 9 of the

Agreement, the Court retains jurisdiction for purposes of enforcing the Settlement

Agreement.

     As the parties have resolved their dispute and the Court has retained jurisdiction to

enforce the settlement, the parties are ordered to show cause by November 26, 2014, why

this case should not be dismissed.

     IT IS SO ORDERED.

     Date: November 19, 2014

                                _____
                                Nathanael M. Cousins
                                United States Magistrate Judge